Francis J. Mulligan, Public Administrator of the County of New York, as Administrator of the Estate of Leonicio Perez, Deceased, Respondent, *v.* Airborne Transport, Inc., Appellant.

Argued April 9, 1953; decided May 21, 1953.

*George W. Clark* and *Kenneth R. Thompson* for appellant.

*Jerome Golenbock, Harvey Nachman* and *Harry C. Hurwitz* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.